UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| H. MORGAN HICKS,<br><br>                Plaintiff,<br><br>    v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. C21-436RSM<br><br>CASE SCHEDULING ORDER |

Having reviewed the Joint Status Report submitted by the parties, the Court sets the following briefing schedule for dispositive motions:

| | |
|---|---|
| Plaintiff and Defendant's dispositive motions:<br>(not to exceed 30 pages) | October 15, 2021 |
| Responsive briefs of the parties (not to exceed 30 pages): | November 12, 2021 |

No reply brief will be filed.

DATED this 24th day of June, 2021.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE